## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tatiana Toribio AD aka Tatiana Almonte-Duran, aka Tatiana AD Toribio | CHAPTER 13 |
| Debtor(s) | BKY. NO. 25-13288 PMM |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
22 Aug 2025, 15:26:38, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 0143d47afd19abc704242e2b7374fb25c47cb56d43fa08c6424ac7cc9579feb3