UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: TATIANA TORIBIO : | Chapter 13 |
| : | Case No. 25-13288 |
| Debtor(s) : | |

### CERTIFICATE OF SERVICE

I, LYNN E. FELDMAN, Esquire, Debtor's attorney, hereby certify that I served a true and correct copy of the attached **Chapter 13 Plan,** upon the following persons by first-class mail, postage prepaid and/or electronic mail on the 25th day of August, 2025:

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Scott F. Waterman, Esquire
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606-0410

Tatiana Toribio
1456 Philip Street
Bethlehem, PA 18015

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

The attached parties were served by First Class Mail.

DATE: August 25, 2025            BY:   /s/ Lynn E. Feldman
                                       LYNN E. FELDMAN, ESQUIRE
                                       Attorney for Debtor
                                       I.D. # 35996
                                       FELDMAN LAW OFFICES, P.C.
                                       2310 Walbert Ave, Ste. 103
                                       Allentown, PA 18104
                                       (610) 530-9285
                                       feldmanfiling@rcn.com

```
Label Matrix for local noticing          Bridgecrest Credit Company, LLC as Agent and    Exeter Finance LLC, c/o AIS Portfolio Servi
0313-4                                   4515 N Santa Fe Ave. Dept. APS                  4515 N Santa Fe Ave. Dept. APS
Case 25-13288-pmm                        Oklahoma City, OK 73118-7901                    Oklahoma City, OK 73118-7901
Eastern District of Pennsylvania
Reading
Mon Aug 25 11:53:55 EDT 2025

Reading                                  Bank of America                                 Bridgecrest Acceptance Corp
United States Bankruptcy Court           Attn: Bankruptcy                                PO Box 53087
Office of the Clerk, Gateway Building    4909 Savarese Cir                               Phoenix, AZ 85072-3087
201 Penn Street, 1st Floor               Tampa, FL 33634-2413
Reading, PA 19601-4038


Bridgecrest Credit Company, LLC as Agent  CESAR TORIBIO                                  Exeter Finance LLC
AIS Portfolio Services, LLC               1456 PHILLIP ST                                AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS            Bethlehem, PA 18015-2128                       4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901                                                             Oklahoma City, OK 73118-7901


Exeter Finance LLC                        Exeter Finance LLC                             Internal Revenue Service
Exeter Finance LLC, Attn: Bankruptcy      c/o AIS Portfolio Services, LLC                PO Box 7346
PO Box 166008                             4515 N Santa Fe Ave. Dept. APS                 Philadelphia, PA 19101-7346
Irving, TX 75016-6008                     Oklahoma City, OK 73118-7901


LAKEVIEW LOAN SERVICING, LLC              Lakeview Loan Servicing, LLC                   Loancare LLC
C/O MATTHEW K. FISSEL                     C/O KML Law Group                              3637 Sentara Way
KML Law Group, P.C.                       701 Market Street Suite 5000                   Virginia Beach, VA 23452-4262
701 Market Street                         Philadelphia, PA. 19106-1541
Suite 5000
Philadelphia, PA 19106-1541

MEDICAL ASSOCIATES OF THE LEHIGH VALLEY   Radius Global Solutions                        (p)US DEPARTMENT OF HOUSING & URBAN DEVELOP
798 HAUSMAN RD #270                       PO Box 390846                                  ATTN OFFICE OF REGIONAL COUNSEL
Allentown, PA 18104-9103                  Minneapolis, MN 55439-0846                     801 MARKET STREET 12TH FLOOR
                                                                                         PHILADELPHIA PA 19107-3126


THE LAW OFFICES OF FREDERIC I WEINBERG    The Law Offices Of Frederic Weinberg           United States Trustee
375 E ELM ST.                             375 E Elm St Ste 210                           Office of United States Trustee
STE 210                                   Conshohocken, PA 19428-1973                    Robert N.C. Nix Federal Building
Conshohocken, PA 19428-1973                                                              900 Market Street
                                                                                         Suite 320
                                                                                         Philadelphia, PA 19107-4202

Wells Fargo Bank NA                       LYNN E. FELDMAN                                (p)SCOTT F WATERMAN CHAPTER 13 TRUSTEE
Attn: Bankruptcy                          Feldman Law Office                             2901 ST LAWRENCE AVE
1 Home Campus # MAC X2303-01A FL 3        2310 Walbert Ave                               SUITE 100
Des Moines, IA 50328-0001                 Ste 103                                        READING PA 19606-2265
                                          Allentown, PA 18104-1360


Tatiana Toribio AD
1456 Phillip Street
Bethlehem, PA 18015-2128
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| SECRETARY OF HOUSING & URBAN DEVELOPMENT<br>451 SEVENTH ST. SW<br>Washington, DC 20410 | (d)U.S. Department of Housing and Urban Devel<br>801 Market Street 12th Floor<br>Philadelphia, PA 19107 | SCOTT F. WATERMAN [Chapter 13]<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)LAKEVIEW LOAN SERVICING, LLC | (d)Bridgecrest Credit Company, LLC as Agent a<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | End of Label Matrix<br>Mailable recipients    24<br>Bypassed recipients     2<br>Total                  26 |