Certificate Number: 17082-PAE-DE-040035482

Bankruptcy Case Number: 25-13288



17082-PAE-DE-040035482

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 29, 2025, at 12:20 o'clock PM MST, TATIANA TORIBIO AD completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  August 29, 2025

By:  /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:  Executive Director