United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                    Case No. 25-13288-pmm
Tatiana Toribio AD                                  Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                              User: admin                          Page 1 of 3
Date Rcvd: Dec 18, 2025                     Form ID: 155                    Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tatiana Toribio AD, 1456 Phillip Street, Bethlehem, PA 18015-2128 |
| 15040842 | + | CESAR TORIBIO, 1456 PHILLIP ST, Bethlehem, PA 18015-2128 |
| 15040843 | ++ | EXETER FINANCE LLC, NANNETTE ALAMILLA, 2101 W JOHN CARPENTER FWY, IRVING TX 75063-3228 address filed with court:, Exeter Finance LLC, Exeter Finance LLC, Attn: Bankruptcy, PO Box 166008, Irving, TX 75016-6008 |
| 15042324 | + | LAKEVIEW LOAN SERVICING, LLC, c/o MATTHEW K. FISSEL, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 15040846 | + | MEDICAL ASSOCIATES OF THE LEHIGH VALLEY, 798 HAUSMAN RD #270, Allentown, PA 18104-9103 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15040840 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 19 2025 00:51:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 15056521 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 19 2025 00:51:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15040841 | | Email/Text: rm-bknotices@bridgecrest.com | Dec 19 2025 00:52:00 | Bridgecrest Acceptance Corp, PO Box 53087, Phoenix, AZ 85072-3087 |
| 15041203 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 19 2025 00:55:25 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15041539 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 19 2025 00:55:25 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15061962 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 19 2025 00:55:16 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15040843 | | Email/Text: exeter@ebn.phinsolutions.com | Dec 19 2025 00:52:00 | Exeter Finance LLC, Exeter Finance LLC, Attn: Bankruptcy, PO Box 166008, Irving, TX 75016-6008 |
| 15041205 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 19 2025 00:55:25 | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15041541 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 19 2025 00:55:26 | Exeter Finance LLC, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15046788 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 19 2025 00:55:09 | Exeter Finance LLC c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 15040844 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 19 2025 00:51:00 | Internal Revenue Service, PO Box 7346, |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 18, 2025 | Form ID: 155 | Total Noticed: 25 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Philadelphia, PA 19101-7346 |
| 15042270 | ^ | MEBN | Dec 19 2025 00:47:51 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15040845 | | Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 19 2025 00:51:00 | Loancare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15063126 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 19 2025 00:55:26 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15040847 | | Email/Text: ngisupport@radiusgs.com | Dec 19 2025 00:51:00 | Radius Global Solutions, PO Box 390846, Minneapolis, MN 55439-0846 |
| 15040848 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Dec 19 2025 00:55:24 | SECRETARY OF HOUSING & URBAN DEVELOPMENT, 451 SEVENTH ST. SW, Washington, DC 20410-0002 |
| 15040849 | + | Email/Text: contact@fiwlaw.com | Dec 19 2025 00:52:00 | THE LAW OFFICES OF FREDERIC I WEINBERG, 375 E ELM ST., STE 210, Conshohocken, PA 19428-1973 |
| 15040850 | | Email/Text: contact@fiwlaw.com | Dec 19 2025 00:52:00 | The Law Offices Of Frederic Weinberg, 375 E Elm St Ste 210, Conshohocken, PA 19428-1973 |
| 15041005 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Dec 19 2025 00:55:24 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 15040851 | | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Dec 19 2025 00:55:25 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus # MAC X2303-01A FL 3, Des Moines, IA 50328-0001 |
| 15060678 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Dec 19 2025 00:55:16 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15065488 | *+ | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 20, 2025              Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2025 at the address(es) listed below:

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 18, 2025 | Form ID: 155 | Total Noticed: 25 |

**Name**     **Email Address**

LYNN E. FELDMAN

    on behalf of Debtor Tatiana Toribio AD feldmanfiling@rcn.com  feldman.lynnb123770@notify.bestcase.com

MATTHEW K. FISSEL

    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*Form 155* (2/24)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Tatiana Toribio AD ) | Case No. 25−13288−pmm |
|    aka Tatiana Almonte−Duran ) | |
|    aka Tatiana AD Toribio ) | |
| ) | Chapter: 13 |
|    Debtor(s). ) | |
| ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: December 18, 2025                                                                             For The Court

                                                                                                     Patricia M. Mayer
                                                                                                     Judge, United States Bankruptcy Court