**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

**In RE:**

TATIANA TORIBIO AD

**Debtor(s)**

**Chapter:** 13

**Claim Number:** 5

**Case Number:** 25-13288

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

The creditor, **Carvana, LLC**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

☐ Notice only ☑ Payment only ☐ Notice & Payment

**PAYMENT ADDRESS**

FROM:

Carvana, LLC / Bridgecrest c/o AIS Portfolio Services, LLC

P.O. Box 4138

Houston, TX 77210

TO:

Carvana, LLC / Bridgecrest c/o AIS Portfolio Services, LLC

PO Box 661384

Dallas,TX 75266-1384

Date: 08/12/2026

/s/ Rohan Pardeshi

Creditor's Authorized Agent for Carvana, LLC

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**In RE:**

**Chapter:** 13

TATIANA TORIBIO AD

**Case Number:** 25-13288

**Debtor(s)**

## Certificate of Service

I certify that on 08/12/2026, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first-class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
LYNN E FELDMAN
FELDMANFILING@RCN.COM

Trustee
SCOTT F WATERMAN
ECFMail@ReadingCh13.com

/s/ Rohan Pardeshi

Rohan Pardeshi
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
888-455-6662
ECFNotices@aisinfo.com