Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Tatiana Toribio AD
1456 Phillip Street
Bethlehem, PA 18015

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 25-13288-PMM**

Petition Filed Date: 08/19/2025
341 Hearing Date: 09/16/2025
Confirmation Date: 12/18/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/09/2025 | $417.00 | | 10/13/2025 | $417.00 | | 11/10/2025 | $417.00 | |
| 12/12/2025 | $417.00 | | 01/16/2026 | $417.00 | | 02/23/2026 | $417.00 | |
| 03/23/2026 | $417.00 | | 04/20/2026 | $417.00 | | 05/20/2026 | $417.00 | |
| 06/23/2026 | $417.00 | | 07/20/2026 | $417.00 | | | | |

**Total Receipts for the Period: $4,587.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $5,004.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | US DEPARTMENT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $3,898.00 | $3,898.00 | $0.00 |
| 2 | EXETER FINANCE CORPORATION<br>»» 002 | Unsecured Creditors | $16,323.35 | $0.00 | $16,323.35 |
| 3 | BANK OF AMERICA NA<br>»» 003 | Unsecured Creditors | $3,137.63 | $0.00 | $3,137.63 |
| 4 | WELLS FARGO BANK NEVADA NA<br>»» 004 | Unsecured Creditors | $2,623.29 | $0.00 | $2,623.29 |
| 5 | CARVANA, LLC/BRIDGECREST<br>»» 005 | Secured Creditors | $1,295.00 | $290.72 | $1,004.28 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $2,116.53 | $0.00 | $2,116.53 |
| 7 | LOANCARE SERVICING CENTER<br>»» 007 | Mortgage Arrears | $1,956.08 | $439.13 | $1,516.95 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,004.00 | Current Monthly Payment: | $417.00 |
| Paid to Claims: | $4,627.85 | Arrearages: | $0.00 |
| Paid to Trustee: | $376.15 | Total Plan Base: | $15,012.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.